UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORIA AMAYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSE INTERNATIONAL MARKET, INC., et al.,<br><br>　　　　　Defendants. | Case No.  5:14-cv-03331 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 6, 2015, the court issued an order requiring Plaintiff Gregoria Amaya ("Plaintiff") to show cause why this action should not be dismissed for failure to complete service by the deadline imposed by Federal Rule of Civil Procedure 4(m).  See Docket Item No. 8.  In order to prevent dismissal, the court required Plaintiff to either file a proof of service of process or explain why such service had not been accomplished.  Plaintiff complied with this order and has demonstrated good cause to preclude dismissal.  See Docket Item No. 9.  Accordingly, the Order to Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated:  January 15, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:14-cv-03331 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE