UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORIA AMAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSE INTERNATIONAL MARKET, INC., et al.,<br><br>    Defendants. | Case No.  5:14-cv-03331-EJD<br><br>**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On February 24, 2015, Defendants Javad Mehranfar, Saied Mehranfar, and Rose International Market, Inc. filed a document indicating their voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  See Docket Item No. 17.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either her consent or declination to proceed before a United States Magistrate Judge on or before **March 3, 2015**.

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-03331-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE